# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br><br>TERRANCE ZABEYUM GREELY<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:21-mj-00170<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 5, 2021__ in the county of __Multnomah__ in the
_____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Possession of an Unregistered Firearm |

This criminal complaint is based on these facts:

see the attached affidavit of ATF Special Agent Nathan Miller

☑ Continued on the attached sheet.

/s/ Signed by telephone
*Complainant's signature*

Nathan F. Miller, Special Agent, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __3:45__ a.m./p.m.

Date: __09/05/2021__

/s/ Stacie F. Beckerman
*Judge's signature*

City and state: __Portland, Oregon__     STACIE F. BECKERMAN, U.S. Magistrate Judge
*Printed name and title*